WITNESS, the Honorable Robert N. Wilentz, Chief Justice, at Trenton, this 10th day of May, 1996.

*For reprimand*—Chief Justice WILENTZ, and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN and COLEMAN—7.

675 A.2d 645

IN THE MATTER OF JAMES R. PICCIANO, AN ATTORNEY AT LAW.

May 24, 1996.

## ORDER

The Disciplinary Review Board on March 4, 1996, having filed with the Court its decision concluding that **JAMES R. PICCIANO** of **HADDON HEIGHTS,** who was admitted to the bar of this State in 1972, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), *RPC* 1.5 (failure to provide written fee agreement) and *RPC* 8.4(c) (misrepresentation of the status of the matter to his client);

And the Disciplinary Review Board having further concluded that respondent should practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year;

And good cause appearing;

It is ORDERED that **JAMES R. PICCIANO** is hereby reprimanded; and it is further

ORDERED that respondent shall practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.